**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

July 03, 2014

Hon. Elena P. Serna
Walsh, Anderson, Gallegos, Green & Trevino, P.C.
100 N.E. Loop 410, Suite 900
San Antonio, TX  78216

Hon. Miguel Alberto Saldana
Walsh, Anderson, Gallegos, Green & Trevino, P.C.
100 N.E. Loop 410, Suite 900
San Antonio, TX  78216

Hon. Clif Alexander
Sico, White, Hoelscher, Harris & Barugh, LLP
900 Frost Bank Plaza
802 N. Carancahua
Corpus Christi, TX  78401

Hon. Craig M. Sico
Sico, White, Hoelscher, Harris & Barugh, LLP
900 Frost Bank Plaza
802 N. Carancahua
Corpus Christi, TX  78401

Re: Cause No. 13-13-00325-CV
Tr.Ct.No. C-0542-13-A
Style: LA JOYA INDEPENDENT SCHOOL DISTRICT, ET AL v. RUTH VILLARREAL, INDIVIDUALLY AND RUTH VILLARREAL INSURANCE LLC

Dear Attorneys:

 Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc: 92nd District Court
 Hon. Laura Hinojosa, Hidalgo County District Clerk
 Hon. J. Rolando Olvera Jr., Presiding Judge, Fifth Administrative Judicial Region